1  L. Paul Mankin, IV (SBN 264038)
2  **THE LAW OFFICE OF PAUL MANKIN**
3  4655 Cass Street, Suite 112
4  San Diego, CA 92109
   800-219-3577
   Fax: 323-207-3885

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIAN HUGO, an individual,** | ) Case No. **3:17-cv-00321-AJB-MDD** |
| Plaintiff, | ) |
| vs. | ) **NOTICE OF SETTLEMENT** |
| **SYNCHRONY BANK, and DOES 1 through 10, inclusive,** | ) |
| Defendant. | ) |

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

**NOTICE OF SETTLEMENT**
-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Respectfully submitted this 5th day of April 2017

By: <u>/s/L. Paul Mankin</u>
L. Paul Mankin
The Law Office of L. Paul Mankin IV
Attorney for Plaintiff

Filed electronically on this 5th day of April 2017, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Mitchell D. Dembin
United States District Court
Southern District District of California

Adam Knor, Esq.
Reed Smith LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Tel:  310.557.9100
Attorney for Defendant

This 5th day of April 2017

/s/L. Paul Mankin
L. Paul Mankin

**NOTICE OF SETTLEMENT**
-3-